**DISMISSED; Opinion Filed April 15, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01527-CR

**MUSIE G HAILE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M17-10418-C**

## MEMORANDUM OPINION

Before Justices Whitehill, Osborne, and Carlyle
Opinion by Justice Carlyle

Before the court is appellant's April 13, 2020 motion to dismiss his appeal, signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We grant the motion and dismiss this appeal.

/Cory L. Carlyle/

CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191527F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MUSIE G HAILE, Appellant

No. 05-19-01527-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court No. 3, Dallas County, Texas Trial Court Cause No. M17-10418-C. Opinion delivered by Justice Carlyle. Justices Whitehill and Osborne participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 15th day of April, 2020.